**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUKHAN DURAND FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF ADODO, *Badge #654364, individual*,<br><br>Defendant. | Case No. 2:25-cv-05980-MWC-E<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. [26]) [JS-6]** |

Upon review of the parties' Stipulation to Dismiss Case With Prejudice (Dkt. # 26), the Stipulation is **GRANTED**. The Stipulation is signed by each party that has appeared in this action and is affected by the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); C.D. Cal. L.R. 7-1. Accordingly, this entire action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED.**

DATED: September 23, 2026

Hon. Michelle Williams Court
United States District Judge